■ In the Matter of RASAAD DEF., a Person Alleged to be a Juvenile Delinquent, Appellant. [853 NYS2d 516]—

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). The evidence supports a reasonable inference that appellant threatened a police officer with an apparent pistol and then, while fleeing, divested himself of the object in a manner that escaped the notice of the pursuing police. Concur—Tom, J.P., Andrias, Nardelli and Sweeny, JJ.